IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MATTHEW WHITFIELD, | ) |
| Plaintiff, | ) ) ) ) Case No. 2:22-cv-01542 |
| v. | ) ) |
| PREFERRED APARTMENT COMMUNITIES, INC., JOEL T. MURPHY, HOWARD A. MCLURE, STEVE BARTKOWSKI, JOHN M. CANNON, GARY B. COURSEY, SARA J. FINLEY, DAPHNE B. JACKSON, AND TIMOTHY A. PETERSON, | ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses the above-captioned action (the "Action"). Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: June 13, 2022

**GRABAR LAW OFFICE**

By: *[signature]*
Joshua H. Grabar (#82525)
One Liberty Place
1650 Market Street, Suite 3600
Philadelphia, PA 19103
267-507-6085
jgrabar@grabarlaw.com

*Counsel for Plaintiff*